JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAN HOU CHEONG, | Case No. CV 12-02685 DMG (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| IRON RIDES, INC., et al., | |
| Defendants. | |

Pursuant to the Court's September 7, 2012 order granting Plaintiff's Request for Entry of Default Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Man Hou Cheong and against Defendants Iron Rides, Inc. and Artur Bartosik, who shall take nothing.

DATED: September 7, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE